# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | |
|---|---|
| H.H., an individual, ) | |
| ) | |
| Plaintiff, ) | CIVIL ACTION NO.: 2:19-CV-00755 |
| ) | |
| v. ) | Chief Judge Algenon L. Marbley |
| ) | |
| G6 HOSPITALITY, LLC, *et al.*, ) | Magistrate Judge Elizabeth P. Deavers |
| ) | |
| Defendants. ) | |

## JOINT NOTICE OF STIPULATED DISMISSAL AS TO DEFENDANTS G6 HOSPITALITY, LLC AND SHAHIL, LLC

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff and Defendants G6 Hospitality, LLC and Shahil, LLC file this Joint Stipulation of Dismissal With Prejudice only as to Plaintiff's claims against Defendants G6 Hospitality, LLC and Shahil, LLC. Plaintiff, G6 Hospitality, LLC, and Shahil, LLC stipulate and agree that each such party will bear their own costs.

Accordingly, Plaintiff hereby requests that the Court dismiss Defendant G6 HOSPITALITY, LLC and SHAHIL, LLC from this matter, with prejudice, pursuant to Federal Rule of Civil Procedure 41. This joint dismissal shall not affect the claims asserted by the Plaintiff against any other Defendants in this case.

Dated: February 5, 2021

                                                  Respectfully Submitted,

                                                  /s/ Gregory Zarzaur
                                                  Gregory M. Zarzaur *admitted pro hac vice*
                                                  THE ZARZAUR LAW FIRM
                                                  2332 Second Avenue North
                                                  Birmingham, Alabama 35203
                                                  T: 205.983.7985
                                                  F: 888.505.0523
                                                  E: gregory@zarzaur.com
                                                  *One of the Attorneys for the Plaintiff*

/s/ Shannon Dudic
Shannon Dudic *admitted pro hac vice*
DLA Piper
2000 Avenue of the Stars
Suite 400 North Tower
Los Angeles, CA 90067
T: 310.595.3078
F: 310-595-3000
E: shannon.dudic@dlapiper.com
*One of the Attorney for G6 Hospitality LLC*

/s/ Matthew Stephen Teetor
Matthew Stephen Teetor
TEETOR WESTFALL
200 E. Campus View Blvd. Suite 200
Columbus, OH 43235
T: 614.412.4000
F: 614.412.9012
E: mteetor@teetorlaw.com
*One of the Attorneys for Defendant Shahil, LLC*

/s/ Daniel T. Downey
Daniel T. Downey
FISHEL DOWNEY ALBRECHT & RIEPENHOFF
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
T: 614.221.1216
F: 614.221.8769
E: ddowney@fisheldowney.com
*One of the Attorneys for Defendant Shahil, LLC*

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 5th day of February 2021, a true and accurate copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF), which will automatically send notice to all counsel of record.

Kimberly L. Adams (Fla. Bar. No.: 0014479) *admitted via pro hac vice*
Kathryn L. Avila (Fla. Bar No. 1019574) *admitted via pro hac vice*
Christopher v. Tisi (D.C. Bar No. 412839) *admitted pro hac vice*
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
T: 850.435.7056
F: 850.436.6056
E: kadams@levinlaw.com / kavila@levinlaw.com / ctisi@levinlaw.com

Steven C. Babin, Jr. (0093584)
BABIN LAW, LLC
1320 Dublin Road, #100
Columbus, Ohio 43215
T: 614.384.7035
E: steven.babin@babinlaws.com
*One of the Attorneys for the Plaintiff*

Anil A. Mujumdar (Ala. State Bar. No.: ASB-2004-L65M) *admitted via pro hac vice*
DAGNEY JOHNSON LAW GROUP
2170 Highland Avenue S, Suite 250
Birmingham, Alabama 35205
T: 205.635.4462
F: 205.809.7899
E: anil@dagneylaw.com
*One of the Attorneys for the Plaintiff*

Michael R. Reed
Elise K. Yarnell
HAHN LOESER PARKS LLP

65 East State Street, Suite 1400
Columbus, Ohio 43215
T: 614.233.5165
F: 614.221.5909
E: mreed@hahnlaw.com / eyarnell@hahnlaw.com
*Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

David S. Sager
DLA PIPER LLP
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
T:  973.520.2550
F:  973.520.2551
E:  david.sager@us.dlapiper.com
*Attorney for Defendant Wyndham Hotels & Resorts, Inc.*

Christopher B. Donovan *admitted via pro hac vice*
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
T: 713.425.8449
F: 713.425.8401
E: christopher.b.donovan@dlapiper.com
*Attorney for Defendant Wyndham Hotels & Resorts, Inc.*

Melissa A. Reinckens
DLA Piper, LLP
1251 Avenue of the Americas
New York, New York 10020
T: 212.335.4798
F:917.778.8798
E: melissa.reinckens@us.dlapiper.com

Angela C. Agrusa
1100 Glendon Avenue
14th Floor
Los Angeles, California 90024-3503
T: 310.500.3500
F: 310.500.3501

E: angela.agrusa@dlapiper.com
*Attorney for Defendant G6 Hospitality LLC*

Meghan Brickner
FISHEL DOWNEY ALBRECHT & RIEPENHOFF LLP
7775 Walton Parkway, Suite 200
New Albany, Ohio 43054
T: 614.221.1216
F: 614.221.8769
E: ddowney@fisheldowney.com / mbrickner@fisheldowney.com
*Attorneys for Defendant Shahil, LLC*

Molly R. Gwin
Madeline H. Shanahan
ISAAC WILES BURKHOLDER & TEETOR, LLC
Two Miranova Place
Suite 700
Columbus, Ohio 43215
T: 614.221.2121
F: 614. 365.9516
Email: mteetor@isaacwiles.com / mgwin@isaacwiles.com / mshanahan@isaacwiles.com
*Attorneys for Defendant Shahil, LLC*

William B. Benson
BENSON & SESSER, LLC
421 West State Street
Suite 227
Columbus, Ohio 43215
T: 614-498-2211
E: bill@benson.law

Joseph L. Piccin
JOSEPH L PICCIN CO LLC
3010 Hayden Road
Columbus, Ohio 43235
T: 614-659-9616
F: 614-798-1935
E: JLP@joepiccin.com
*Attorney for Defendant Northland Hotel, Inc.*

Steven A. Keslar
GALLAGHER SHARP, LLP

35 North Fourth Street, Suite 200
Columbus, Ohio 43215
T: 614-340-2304
F: 614-340-2301
E: skeslar@gallaghersharp.com
*Attorney for Defendant Northland Hotel, Inc.*

Steven D. Strang
GALLAGHER SHARP, LLP
1501 Euclid Avenue,
6th Floor
Cleveland, Ohio 44115
T: 216-241-5310
F: 216-241-1608
E: sstrang@gallaghersharp.com
*Attorney for Defendant Northland Hotel, Inc.*

                                               **/s/ Gregory Zarzaur**
                                               OF COUNSEL