IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| H.H., an individual, | ) | |
| | ) | |
| Plaintiff, | ) | CIVIL ACTION NO.: 2:19-CV-00755 |
| | ) | |
| v. | ) | Chief Judge Algenon L. Marbley |
| | ) | |
| Northland Hotel, Inc. *et al.*, | ) | Magistrate Judge Elizabeth P. Deavers |
| | ) | |
| Defendants. | ) | |

**JOINT NOTICE OF STIPULATED DISMISSAL WITH PREJUDICE**

Pursuant to Fed. R. Civ. Pro. 41(a)(1)(A)(ii), Plaintiff H.H. and Defendants Wyndham Hotels and Resorts, Inc. and Northland Hotel, Inc. file this Joint Stipulation of Dismissal With Prejudice and agree that each such party will bear their own costs.

Dated: June 29, 2021

                              Respectfully Submitted,

                              /s/ Gregory Zarzaur
                              Gregory M. Zarzaur *admitted pro hac vice*
                              THE ZARZAUR LAW FIRM
                              2332 Second Avenue North
                              Birmingham, Alabama 35203
                              *One of the Attorneys for the Plaintiff*

                              /s/ Elise Yarnell
                              Elise K. Yarnell
                              HAHN LOESER PARKS LLP
                              65 East State Street, Suite 1400
                              Columbus, Ohio 43215
                              *One of the Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

                              /s/ Steven Keslar

Steven A. Keslar
GALLAGHER SHARP, LLP
1215 Superior Avenue, 7th Floor
Cleveland, OH  44114
*One of the Attorneys for Defendant Northland Hotel, Inc.*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on the 29th day of June 2021, a true and accurate copy of the foregoing was electronically filed through the Court's Electronic Case Filing System (CM/ECF), which will automatically send notice to all counsel of record.

Kimberly L. Adams (Fla. Bar. No.: 0014479) *admitted via pro hac vice*
Kathryn L. Avila (Fla. Bar No. 1019574) *admitted via pro hac vice*
Christopher v. Tisi (D.C. Bar No. 412839) *admitted pro hac vice*
LEVIN, PAPANTONIO, RAFFERTY, PROCTOR,
BUCHANAN, O'BRIEN, BARR & MOUGEY, P.A.
316 S. Baylen Street, Suite 600
Pensacola, Florida 32502-5996
T: 850.435.7056
F: 850.436.6056
E: kadams@levinlaw.com / kavila@levinlaw.com / ctisi@levinlaw.com

Steven C. Babin, Jr. (0093584)
BABIN LAW, LLC
1320 Dublin Road, #100
Columbus, Ohio 43215
T: 614.384.7035
E: steven.babin@babinlaws.com
*One of the Attorneys for the Plaintiff*

Anil A. Mujumdar (Ala. State Bar. No.: ASB-2004-L65M) *admitted via pro hac vice*
DAGNEY JOHNSON LAW GROUP
2170 Highland Avenue S, Suite 250
Birmingham, Alabama 35205
T: 205.635.4462
F: 205.809.7899
E: anil@dagneylaw.com
*One of the Attorneys for the Plaintiff*

Michael R. Reed
HAHN LOESER PARKS LLP
65 East State Street, Suite 1400
Columbus, Ohio 43215

T: 614.233.5165
F: 614.221.5909
E: mreed@hahnlaw.com
*Attorneys for Defendant Wyndham Hotels & Resorts, Inc.*

David S. Sager
DLA PIPER LLP
51 John F. Kennedy Parkway, Suite 120
Short Hills, New Jersey  07078-2704
E: david.sager@dlapiper.com
*Attorney for Defendant Wyndham Hotels & Resorts, Inc.*

Christopher B. Donovan *admitted via pro hac vice*
DLA PIPER LLP
1000 Louisiana Street, Suite 2800
Houston, Texas 77002
T: 713.425.8449
F: 713.425.8401
E: christopher.b.donovan@dlapiper.com
*Attorney for Defendant Wyndham Hotels & Resorts, Inc.*

Melissa A. Reinckens *admitted via pro hac vice*
DLA Piper, LLP
1251 Avenue of the Americas
New York, New York 10020
T: 212.335.4798
F:917.778.8798
E: melissa.reinckens@us.dlapiper.com
*Attorney for Defendant Wyndham Hotels & Resorts, Inc.*

Joseph L. Piccin
JOSEPH L PICCIN CO LLC
3010 Hayden Road
Columbus, Ohio 43235
T: 614-659-9616
F: 614-798-1935
E: JLP@joepiccin.com
*Attorney for Defendant Northland Hotel, Inc.*

Steven D. Strang

GALLAGHER SHARP, LLP
35 North Fourth Street, Suite 200
Columbus, Ohio 43215
T: 614-340-2304
F: 614-340-2301
E: skeslar@gallaghersharp.com
*Attorney for Defendant Northland Hotel, Inc.*

                                              **/s/ Gregory Zarzaur**
                                               OF COUNSEL