

United States District Court
Southern District of Ohio

| TO: | X | **Chief Judge Marbley** | X | **Magistrate Judge Deavers** |
|---|---|---|---|---|
| | X | **Judge Sargus** | | Magistrate Judge Jolson |
| | | Judge Watson | | Magistrate Judge Vascura |
| | | Judge Morrison | | Magistrate Judge King |
| | | Judge Graham | | |

FROM:     Taylor Adams                     , Deputy Clerk

DATE:     July 5, 2022

SUBJECT:     Case Caption:     K.C. v Choice Hotels International, Inc. et al

CASE:     Case Number:     **Doc. 2:22-cv-2683**

DISTRICT JUDGE:     Judge **Sargus** / Magistrate Judge **Deavers**

File Date:     07/02/2022

| Related Case(s) No. | Case Caption | Filed |
|---|---|---|
| 2:19-cv-755 ALM EPD | H.H. v. G6 Hospitality LLC et al | 03/03/2019 Closed |
| 2:19-cv-849 ALM EPD | M.A. v. Wyndham Hotels & Resorts, Inc. et al | 03/08/2019 |
| 2:19-cv-2970 ALM EPD | T.S. v. Intercontinental Hotels Group et al | 07/09/2019 Closed |
| 2:19-cv-4965 ALM EPD | A.C. v. Red Roof Inns Inc et al | 11/08/2019 Closed |
| 2:19-cv-5384 ALM EPD | C.T. v. Red Roof Inns, Inc. et al | 12/08/2019 Closed |
| 2:21-cv-4933 ALM EPD | T.P. v. Wyndham Hotels & Resorts, Inc. et al | 10/02/2021 |
| 2:21-cv-4934 ALM EPD | A.W. v. Red Roof Inns, Inc. et al | 10/02/2021 |
| 2:21-cv-4935 ALM EPD | A.R. v. Wyndham Hotels and Resorts, Inc., et al. | 10/02/2021 |
| 2:21-cv-5022 ALM EPD | C.T. v. Red Roof Inns, Inc. et al. | 10/12/2021 |
| 2:22-cv-1924 ALM EPD | L.G. v. Red Rood Inns, Inc., et al. | 04/09/2022 |
| 2:22-cv-2682 ALM EPD | G.P. v. Wyndham Hotels & Resorts, Inc. et al | 07/02/2022 |

Memo Re: Related Civil Cases
Page 2

The District Judges having conferred, we respond to Case Administrator   __**Taylor L. Adams**__
as follows:

**Judges' Response:**

☐   We agree that the cases are __**not**__ related and that the subject case should remain
with the Judge to whom it is assigned.

☒   We agree that the cases __**are**__ related and that the subject case should be
transferred to the docket of Judge   ___Marbley___

☐   We agree that although the cases __**are**__ related, the subject case nevertheless should
remain with the Judge to whom it was assigned.

☐   We are unable to agree and will accept any decision made by the Chief Judge.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
are __**not**__ related.

☐   I am the Judge on both/all of the listed cases and have determined that the cases
__**are**__ related and they shall both/all remain on my docket.

☐   Other Direction of Judge:   _____

s/Edmund A. Sargus, Jr. 7/6/2022
_____
United States District Judge

_____
United States District Judge

_____
United States District Judge

Cc:  Courtroom Deputies